# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0031. BELLSOUTH TELECOMMUNICATIONS, LLC et al. v. DEMETRICE ALEXANDER.**

Applicants BellSouth Telecommunications, LLC d/b/a AT&T and Sonseerhay Redcross have filed a motion to withdraw their application for interlocutory appeal. The motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*